IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LESTER ANDERSON | § | |
| v. | § | CIVIL ACTION NO. 6:06cv428 |
| U.S. MARSHALS SERVICE, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Lester Anderson, proceeding *pro se*, filed this civil action complaining of the actions of the United States Marshals Service. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Anderson contended that as a result of the inactions of the Marshal's Service, he was denied medical care while in the Smith County Jail in federal custody. The Magistrate Judge ordered the Defendants to file an answer, and the Defendants filed a motion to dismiss or for summary judgment. After review of the motion and the competent summary judgment evidence, the Magistrate Judge issued a Report on September 18, 2007, recommending that the motion be granted and that the lawsuit be dismissed. After an inadvertent clerical error delayed Anderson's receipt of the Magistrate Judge's Report, he received a copy of this Report on November 19, 2007, but has filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

1

The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court. It is further

ORDERED that the Defendants' motion for summary judgment (docket no. 22) is GRANTED and that the above-styled civil action be and hereby is DISMISSED with prejudice. It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**So ORDERED and SIGNED this 21st day of December, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**